**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

TYLER S. HARRISON,                              :
               Plaintiff,                    :
                               :
               v.                         :        Civil No. 5:20-cv-01879-JMG
                               :
THE CITY OF LANCASTER, *et al.,*               :
               Defendants.                 :

_____

## <u>ORDER</u>

**AND NOW**, this 16th day of June, 2021, upon consideration of Plaintiff Tyler S. Harrison's Motion for Reconsideration to Remand to State Court (ECF No. 41), Defendants City of Lancaster and the Lancaster Parking Authority's joint response in opposition (ECF No. 42), and Harrison's reply (ECF No. 45-1), it is hereby **ORDERED as follows:**

1. The motion for reconsideration (ECF No. 41) is **GRANTED**;

2. The second provision of the Order dated March 29, 2021 (ECF No. 40) is **AMENDED** to read: "2. The remaining state law claims in Counts I, II, V, and VI are **REMANDED** to the Lancaster County Court of Common Pleas for further proceedings consistent with this opinion."

3. This matter is hereby **REMANDED** to the Lancaster County Court of Common Pleas.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge